## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC

    *Plaintiff,*

v.

MID VALLEY FUNDING & INV., INC.,

    *Defendant.*

Case No. 2:22-cv-10396-LJM-CI

Honorable Laurie J. Michelson
Magistrate Judge Curtis Ivy, Jr.

## STIPULATION TO AMEND SCHEDULING ORDER
## <u>PENDING SETTLEMENT RESOLUTION</u>

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the Case Management Requirements and Scheduling Order, ECF Nos. 11 and 19 ("Scheduling Order"), should be amended as set forth in the attached proposed Second Order Amending Scheduling Order to allow the parties sufficient time to finalize their efforts in reaching a settlement without incurring the additional expense and burdens of litigation to meet court-ordered deadlines.

Dated: April 18, 2023

Respectfully submitted,

By: */s/ Wes Ehlers* (with consent)
Wesley C.J. Ehlers
**EHLERS LAW CORPORATION**
2600 Capitol Avenue, Suite 320
Sacramento, CA 95816
T: (916) 442-0300
wes@ehlerslawcorp.com

*Attorneys for Defendant Mid-Valley Funding & Inv., Inc.*

By: */s/ Mahde Y. Abdallah*
William E. McDonald, III (P76709)
Roger P. Meyers (P73255)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
mcdonald@bsplaw.com
meyers@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6853
morrison@bsplaw.com

*Attorneys for United Wholesale Mortgage, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE,
LLC

     *Plaintiff*,

v.

MID VALLEY FUNDING & INV., INC.,

     *Defendant*.

Case No. 2:22-cv-10396-LJM-CI

Honorable Laurie J. Michelson
Magistrate Judge Curtis Ivy, Jr.

## SECOND ORDER AMENDING SCHEDULING ORDER

This matter having come before the Court upon stipulation of the parties, and

the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Case Management Requirements and

Scheduling Order, ECF Nos. 11 and 19, are amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Completed | March 20, 2023 | June 26, 2023 |
| Dispositive Motions Filed By | April 19, 2023 | July 24, 2023 |
| Motions *in Limine* | September 1, 2023 | December 1, 2023 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) | TBD by Court | TBD by Court |
| Final Pretrial Conference | TBD by Court | TBD by Court |
| Jury Trial | TBD by Court | TBD by Court |

**IT IS FURTHER ORDERED** that all other deadlines and obligations set forth in the Case Management Requirements and Scheduling Order (ECF No. 11) shall remain binding.

**SO ORDERED.**

Dated: April 18, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE