## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED WHOLESALE MORTGAGE, LLC

     *Plaintiff*,

v.

MID VALLEY FUNDING & INV., INC.,

     *Defendant*.

Case No. 2:22-cv-10396-LJM-CI

Honorable Laurie J. Michelson
Magistrate Judge Curtis Ivy, Jr.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff United Wholesale Mortgage, LLC and Defendant Mid Valley Funding & Inv., Inc. hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own fees and costs.

Dated: June 16, 2023

Respectfully submitted,

By: */s/ Wes Ehlers* (with consent)
Wesley C.J. Ehlers
**EHLERS LAW CORPORATION**
2600 Capitol Avenue, Suite 320
Sacramento, CA 95816
T: (916) 442-0300
wes@ehlerslawcorp.com

*Attorneys for Defendant Mid-Valley Funding & Inv., Inc.*

By: */s/ Mahde Y. Abdallah*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
murray@bsplaw.com
mcdonald@bsplaw.com
abdallah@bsplaw.com

A. Lane Morrison
**BUSH SEYFERTH PLLC**
5810 Wilson Road, Suite 125
Humble, TX 77396
T/F: (281) 930-6850
morrison@bsplaw.com

*Attorneys for United Wholesale
Mortgage, LLC*