# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>MID VALLEY FUNDING & INV., INC.,<br><br>*Defendant*. | Case No. 2:22-cv-10396-LJM-CI<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr. |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties identified above, through their respective attorneys, that this case should be dismissed in its entirety, with prejudice and without costs to either party.

Respectfully submitted,

By: */s/ Wes Ehlers* (with consent)
Wesley C.J. Ehlers
**EHLERS LAW CORPORATION**
2600 Capitol Avenue, Suite 320
Sacramento, CA 95816
T: (916) 442-0300
wes@ehlerslawcorp.com

*Attorneys for Defendant Mid-Valley Funding & Inv., Inc.*

Dated: June 30, 2023

By: */s/ Mahde Y. Abdallah*
Moheeb H. Murray (P63893)
William E. McDonald, III (P76709)
Mahde Y. Abdallah (P80121)
**BUSH SEYFERTH PLLC**
100 West Big Beaver Road, Suite 400
Troy, MI 48084
T/F: (248) 822-7800
murray@bsplaw.com
mcdonald@bsplaw.com
abdallah@bsplaw.com

*Attorneys for United Wholesale Mortgage, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED WHOLESALE MORTGAGE, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>MID VALLEY FUNDING & INV., INC.,<br><br>*Defendant*. | Case No. 2:22-cv-10396-LJM-CI<br><br>Honorable Laurie J. Michelson<br>Magistrate Judge Curtis Ivy, Jr. |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This matter having come before the Court by Stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed in its entirety, with prejudice and without costs to either party.

**SO ORDERED.**

Dated: June 30, 2023

> s/Laurie J. Michelson
> LAURIE J. MICHELSON
> UNITED STATES DISTRICT JUDGE